AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                   DISTRICT OF                   CALIFORNIA

## APPEARANCE

Case Number:  07mj8801

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JUAN HERNANDEZ-ROJAS

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
| | s/ ANDREW LAH |
| 9/24/2007 | |
| Date | Signature |
| | Andrew Lah / Federal Defenders of SD     234580 |
| | Print Name                          Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City          State          Zip Code |
| | (619) 234-8467          (619) 687-2666 |
| | Phone Number                       Fax Number |