**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467 Ext. 3737
Facsimile:   (619) 687-2666
andrew_lah@fd.org

Attorneys for Mr. Hernandez-Rojas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07mj8801 |
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| **JUAN HERNANDEZ-ROJAS,** | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney's Office**
efile.dkt.gc1@usdoj.gov

Dated: September 24, 2007            *s/ ANDREW LAH*
                    **ANDREW LAH**
                    Federal Defenders of San Diego, Inc.,
                    andrew_lah@fd.org