1  **JODI D. THORP**
California State Bar No. 223663
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Facsimile:  (619) 687-2666
jodi_thorp@fd.org
5

6
Attorneys for Mr. Hernandez-Rojas
7

8
UNITED STATES DISTRICT COURT
9
SOUTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07mj8801 |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| **JUAN HERNANDEZ-ROJAS,** | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: October 18, 2007                           *s/ JODI D. THORP*
                                                  **JODI D. THORP**
                                                  Federal Defenders of San Diego, Inc.,
                                                  jodi_thorp@fd.org