FILED
OCT 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           Plaintiff,  )<br>       v.  )<br>JUAN HERNANDEZ-ROJAS,  )<br>           Defendant.  )<br>_____) | Criminal Case No. 07CR2910-L<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of methamphetamine (Felony);<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of cocaine (Felony) |

The United States Attorney charges:

Count 1

On or about September 19, 2007, within the Southern District of California, defendant JUAN HERNANDEZ-ROJAS, did knowingly and intentionally import approximately 3.62 kilograms (7.96 pounds)(actual weight) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

DDL:rp:Imperial
10/18/07

<u>Count 2</u>

On or about September 19, 2007, within the Southern District of California, defendant JUAN HERNANDEZ-ROJAS, did knowingly and intentionally import approximately 9.92 kilograms (21.82 pounds)(net weight) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: <u>October 18, 2007</u>.

KAREN P. HEWITT
United States Attorney

*[signature]*

DAVID D. LESHNER
Assistant U.S. Attorney