AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN F. HERNANDEZ-ROJAS | WAIVER OF INDICTMENT<br><br>CASE NUMBER: 07CR2910-L |

I, JUAN F. HERNANDEZ-ROJAS, the above-named defendant, who is accused of committing the following offenses:

Count 1: Importation of methamphetamine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Count 2: Importation of cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 10/18/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Juan F. Hernandez Rojas_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer

**FILED**
OCT 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY