**JODI DENISE THORP**
California State Bar No. 223667
427 "C" Street, Suite 300
San Diego, California  92101
Telephone:  (619) 233-3169 x 14
Fax: (619) 684-3569
email: jodithorp@thorplawoffice.com

Attorneys for Juan Hernandez-Rojas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAMES M. LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR2910-L |
| Plaintiff, ) | |
| ) | DATE: February 11, 2008 |
| v. ) | |
| ) | TIME: 8:30 a.m. |
| JUAN HERNANDEZ-ROJAS ) | |
| Defendant. ) | |
| ) | **JOINT MOTION TO CONTINUE** |
| **)** | **SENTENCING HEARING** |
| ) | |

Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Jodi D. Thorp, counsel for Juan Hernandez-Rojas, along with Assistant United States Attorney James Melendres, that the sentencing hearing currently scheduled for February 11, 2008, be rescheduled to Monday**, April 7, 2008, at 8:30 a.m.** for motion hearing trial setting.  The parties agree that all other dates should be vacated.

**IT IS SO STIPULATED.**

DATED:       February 7, 2008                    /s/ Jodi D. Thorp
                                                **JODI D.THORP**
                                                Counsel for Mr. Hernandez-Rojas


DATED:       February 7, 2008                    /s/ James Melendres
                                                **JAMES MELENDRES**
                                                Assistant United States Attorney