UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAMES M. LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR2910-L |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER |
| JUAUAN HERNADNEZ-ROJAS | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** upon joint motion of all the parties, that the sentencing hearing currently scheduled for February 11, 2008, be rescheduled to Monday **, April 7, 2008, at 8:30 a.m.**

**IT IS SO ORDERED.**

DATED: February 8, 2008

_____
M. James Lorenz
United States District Court Judge