**JODI DENISE THORP**
California State Bar No. 223667
427 "C" Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169 x 14
Fax: (619) 684-3569
email: jodithorp@thorplawoffice.com

Attorneys for Juan Hernandez-Rojas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAMES M. LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUAN HERNANDEZ-ROJAS ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> ) | CASE NO. 07CR2910-L <br><br> DATE: April 7, 2008 <br><br> TIME: 8:30 a.m. <br><br><br> **JOINT MOTION TO CONTINUE SENTENCING HEARING** |

Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Jodi D. Thorp, counsel for Juan Hernandez-Rojas, along with Assistant United States Attorney James Melendres, that the sentencing hearing currently scheduled for April 7, 2008, be rescheduled to Monday**, April 28, 2008, at 8:30 a.m.** for motion hearing trial setting. The parties agree that all other dates should be vacated.

**IT IS SO STIPULATED.**

DATED:      April 4, 2008           /s/ Jodi D. Thorp
                                    **JODI D.THORP**
                                    Counsel for Mr. Hernandez-Rojas

DATED:      April 4, 2008           /s/ James Melendres
                                    **JAMES MELENDRES**
                                    Assistant United States Attorney