1  **JODI DENISE THORP**
   California State Bar No. 223667
2  427 "C" Street, Suite 300
   San Diego, California 92101
3  Telephone: (619) 233-3169 x 14
   Fax: (619) 684-3569
4  email: jodithorp@thorplawoffice.com

5  Attorneys for Juan Hernandez-Rojas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAMES M. LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR2910-L |
| Plaintiff, ) | |
| ) | DATE: April 7, 2008 |
| v. ) | TIME: 8:30 a.m. |
| JUAN HERNANDEZ-ROJAS, ) | |
| Defendant. ) | |
| ) | CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

James Melendres, Assistant Untied States Attorney
james.melendres@usdoj.gov,efile.dkt.gc1@usdoj.gov,kathleen.jordano@usdoj.gov

DATED:      April 4, 2008                /s/ *Jodi D. Thorp*
                                          JODI D. THORP
                                          Counsel for Mr. Hernandez-Rojas