|   |   |
|---|---|
| 1 |   |
| 2 |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAMES M. LORENZ)**

| UNITED STATES OF AMERICA, | ) CASE NO. 07CR2910-L |
|---|---|
| Plaintiff, | ) |
| v. | ) |
|   | ) ORDER |
| JUAUAN HERNADNEZ-ROJAS | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** upon joint motion of all the parties, that the sentencing hearing currently scheduled for April 7, 2008, at 8:30 a.m., be rescheduled to Monday**, April 28, 2008, at 8:30 a.m.**

DATED: April 7, 2008

_____
M. James Lorenz
United States District Court Judge