UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAMES M. LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR2910-L |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER |
| JUAN HERNADNEZ-ROJAS | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** upon joint motion of all the parties, that the sentencing hearing currently scheduled for May 12, 2008, at 8:30 a.m., be rescheduled to Monday**, June 16, 2008, at 8:30 a.m.**

**IT IS SO ORDERED.**

DATED: May 6, 2008

_____
M. James Lorenz
United States District Court Judge