1  KAREN P. HEWITT
   United States Attorney
2  GREGORY F. NOONAN
   Assistant U.S. Attorney
3  California State Bar No. Pending
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  619 557-5790   (Telephone)/619 557-5551 (Fax)
   Email: gregory.noonan@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )    Criminal Case No.    07CR2910-L
                                    )
11                Plaintiff,        )
                                    )    NOTICE OF APPEARANCE
12         v.                       )
                                    )
13 JUAN HERNANDEZ-ROJAS             )
                                    )
14                Defendant.        )
                                    )
15

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead counsel for the United States in the

18 above-captioned case.

19        I certify that I am admitted to practice in this court or authorized to practice under

20 CivLR 83.3.c.3-4.

21        The following government attorneys (who are admitted to practice in this court or authorized

22 to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

23 for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this

24 case.

25        1.     None.

26 //

27 //

28 //

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

1. NONE

Please feel free to call me if you have any questions about this notice.

DATED: June 9, 2008.

                                              KAREN P. HEWITT
                                              United States Attorney

                                              <u>s/Gregory F. Noonan</u>
                                              GREGORY F. NOONAN
                                              Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.   07CR2910-L |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| JUAN HERNANDEZ-ROJAS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, , am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Jodi Thorpe, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on June 9, 2008.

s/Gregory F. Noonan<br>
GREGORY F. NOONAN<br>
Assistant U.S. Attorney

Notice of Appearance                                                                                                07CR2910-L
United States v. Juan Hernandez-Rojas

3